# U.S. District Court
# Western District of Tennessee (Jackson)
# CIVIL DOCKET FOR CASE #: 1:22−cv−01026−STA−jay

| | |
|---|---|
| Weakley County Press, Inc. v. Google, LLC et al | Date Filed: 02/08/2022 |
| Assigned to: Chief Judge S. Thomas Anderson | Date Terminated: 02/28/2022 |
| Referred to: Magistrate Judge Jon A. York | Jury Demand: Plaintiff |
| Cause: 15:15 Antitrust Litigation | Nature of Suit: 410 Anti−Trust |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Weakley County Press, Inc.**     represented by     **Patrick Montgomery Barrett , III**
BARRETT LAW OFFICE, PLLC
4205 Hillsboro Pike
Suite 303
Nashville, TN 37215
615−463−4000
Fax: 615−463−3717
Email: pbarrett@barrettlawofficetn.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Google, LLC**

**Defendant**

**Facebook, Inc.**

Email Attorneys, Primary Addresses
Email Attorneys, Primary and Secondary Addresses

| Date Filed | # | Docket Text |
|---|---|---|
| 02/08/2022 | 1 | COMPLAINT against All Defendants (Filing fee $ 402 receipt number ATNWDC−3805177), filed by Weakley County Press, Inc.. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit corporate disclosure statement, # 3 Summons Facebook summons, # 4 Summons Google summons)(Barrett, Patrick) (Entered: 02/08/2022) |
| 02/08/2022 | 2 | Judge J. Daniel Breen and Magistrate Judge Jon A. York added. (skc). (Entered: 02/09/2022) |
| 02/08/2022 | 3 | NOTICE OF CASE TRACKING ASSIGNMENT PURSUANT TO LOCAL RULE 16.2: Pursuant to Local Rule 16.2, this case has been assigned to the Standard track. http://www.tnwd.uscourts.gov/pdf/content/LocalRules.pdf (skc) (Entered: 02/09/2022) |
| 02/08/2022 | 4 | NOTICE TO COMPLY WITH PLAN FOR ALTERNATE DISPUTE RESOLUTION (ADR): Pursuant to Section to 2.1 of the ADR Plan, all civil cases filed on or after Sept. 1, 2014, shall be referred automatically for ADR. For compliance requirements, refer to the ADR Plan at: http://www.tnwd.uscourts.gov/pdf/content/ADRPlan.pdf (skc) (Entered: 02/09/2022) |

| | | |
|---|---|---|
| 02/08/2022 | 5 | NOTICE OF RIGHT TO CONSENT TO THE EXERCISE OF CIVIL JURISDICTION BY A MAGISTRATE JUDGE Pursuant to 28 U.S.C. 636(c), Fed.R.Civ.P.73, and Local Rule 72.1, this Court has designated the Magistrate Judges of this District to conduct trials and otherwise dispose of any civil case that is filed in this Court. Your decision to consent, or not consent, to the referral of your case to a United States Magistrate Judge for trial and entry of a final judgment must be entirely voluntary. The judge or magistrate judge to whom the case has been assigned will not be informed of your decision unless all parties agree that the case may be referred to a magistrate judge for these specific purposes. A less than unanimous decision will not be communicated by this office to either the judge or magistrate judge. The consent form is available on the courts website at https://www.tnwd.uscourts.gov/forms−and−applications.php (skc) (Entered: 02/09/2022) |
| 02/09/2022 | 6 | Summons Issued as to Facebook, Inc., and Google, LLC. The filer has been notified electronically that the summons has been issued, and the new docket entry reflects this. Upon notification of the new docket entry, the filer is to print the issued summons in order to effect service. (Attachments: # 1 Summons Google)(skc) (Entered: 02/09/2022) |
| 02/09/2022 | 7 | ORDER OF RECUSAL AND REASSIGNMENT. Signed by Judge J. Daniel Breen on 2/9/22. (skc) (Entered: 02/09/2022) |
| 02/28/2022 | 8 | CONDITIONAL TRANSFER ORDER (CTO −5) MDL No. 3010. Signed by John W. Nichols, Clerk of the Panel on 2/28/2022. (agj) (Entered: 02/28/2022) |